NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL FOX,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3078

---

Petition for review of the Merit Systems Protection Board in No. CH0752110659-I-1.

---

**ON MOTION**

---

**O R D E R**

Carl Fox moves without opposition for a stay of his petition for review. The court construes Mr. Fox's additional requests as a motion to have the contents of two computer discs filed on October 31, 2012, be accepted as his informal brief and appendix, in addition to his submission on March 4, 2013.

CARL FOX v. DEFENSE                                          2

Paragraph 13 of this court's Guide for Pro Se Petitioners and Appellants states that *"[a]ll filings* with the court must be on 8½ by 11-inch paper. . . ." *See also* Fed. R. App. P. 32; Fed. Cir. R. 32. Accordingly, Mr. Fox must produce the contents of the computer discs in paper format in order for them to be accepted as part of his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Mr. Fox's motion to have the two computer discs included as part of his informal brief and appendix is denied. Mr. Fox has until July 15, 2013, to present paper copies of the contents of the computer discs. Following this date, the petition for review will be calendared in the normal course.

(2) The motion to stay is granted to the extent that all remaining deadlines are stayed until July 15, 2013.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25